✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Albert Shontay Boyd ) | Case No: 1:01cr00029 |
| ) | USM No: 20062-068 |
| Date of Previous Judgment:   05/18/2004 ) | Thomas W. Patton, Assistant Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __100__ months **is reduced to** __84 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __34__     Amended Offense Level: __34__
Criminal History Category: __VI__     Criminal History Category: __VI__
Previous Guideline Range: __262__ to __327__ months     Amended Guideline Range: __262__ to __327__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

When I granted the government's motion for downward departure I considered the sentencing range the defendant would have faced based solely under the crack guidelines when determining the extent of my departure. Because the crack sentencing range has now been lowered, I find that a proportional reduction in the defendant's sentence is appropriate.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __05/18/2004__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____       _____
                                                                                             Judge's signature

Effective Date: _____       _____
             (if different from order date)                                  Printed name and title