IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 01-29 Erie |
| | ) |
| ALBERT SHONTAY BOYD | ) |

**DEFENDANT ALBERT SHONTAY BOYD'S MOTION TO FILE EXHIBITS
IN SUPPORT OF MOTION TO REDUCE SENTENCE**

AND NOW, comes the defendant, Albert Shontay Boyd, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully files this Motion to File Exhibits in Support of Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2).

Mr. Boyd filed a Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2). Counsel failed to attach Defendant's Exhibits A and B when filing the motion. Those exhibits are attached to this motion.

WHEREFORE, the defendant, Albert Shontay Boyd, respectfully requests that this Honorable Court allow him to file Defendant's Exhibits A and B.

Respectfully submitted,
/s/ Thomas W. Patton
Thomas W. Patton
Assistant Federal Public Defender
Attorney I.D. No. 88653