# Vance-Granville Community College

Henderson, North Carolina

This is to Certify that

## Albert Shontay Boyd

has successfully completed the requirements for the

### Diploma

in

Electrical/Electronics Technology

In testimony whereof, the Board of Trustees by virtue of the authority vested in them by the General Assembly of the state of North Carolina have hereunto affixed their seal and present this award.

Given this eighth day of August, Two Thousand and Seven.

_Randy Parker_, President
_Angela R. Ballentine_, Vice President

_Ronald C. Wright_, Chair, Board of Trustees
_____, Dean

**EXHIBIT B**