IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 01-29 Erie |
| | ) |
| ALBERT SHONTAY BOYD | ) |

**ORDER**

AND NOW, upon consideration of the defendant's Motion to File Exhibits in Support of Motion to Reduce Sentence, it is hereby ordered that the motion is **GRANTED**.

_____
MAURICE B. COHILL, JR.
Senior United States District Judge