IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 01-29 Erie |
| ) | |
| ALBERT SHONTAY BOYD ) | |

## ORDER

AND NOW, upon consideration of the defendant's Motion to File Exhibits in Support of Motion to Reduce Sentence, it is hereby ordered that the motion is **GRANTED**.

Dated: June 2, 2008

s/Maurice B. Cohill, Jr.
MAURICE B. COHILL, JR.
Senior United States District Judge